IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHARDA E. JOHNSON, | ) | CASE NO. 1:16CV2964 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| PROTEM HOMECARE LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |
| | ) | |

The parties having filed their stipulated notice of dismissal with prejudice (Doc. 19), this case is hereby terminated on the docket of this Court. The Court retains jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated: May 11, 2017

_____
Kathleen B. Burke
United States Magistrate Judge